```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20683
    DONTE D HARMON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-7453
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/06/07 and confirmed on 01/09/08.

2. The case was dismissed after confirmation, 09/05/2008.

3. The Debtor paid a total of $ 2460.83 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | 9680.87 | .00 | .00 |
| OAKS OF FOREST HILLS | SECURED | 7201.32 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 801.97 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED ADJUSTMENT S | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1769.69 | .00 | .00 |
| HUDSON & KEYSE LLC | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | NOT FILED | .00 | .00 |
| RIDDLE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 6775.00 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | .00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 284.00 | .00 | 284.00 |
| B REAL LLC | UNSECURED | 601.95 | .00 | .00 |
| ECMC | UNSECURED | 20079.81 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 50.25 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 30.00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16882.19 | 334.25 | 30058.42 | .00 | 47274.86 |

```
PRINCIPAL PAID                  .00        284.00            .00            .00        284.00
INTEREST PAID                   .00           .00            .00            .00           .00
TOTAL PAID                      .00        284.00            .00            .00        284.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   3500.00 and was paid $   1883.01 .

The Trustee received $     132.99 .

Refunds to the Debtor totaled $     160.83 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/17/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE